**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| PRIME HEALTHCARE SERVICES – MONROE, LLC, d/b/a MONROE HOSPITAL, <br><br> Plaintiff, <br><br> vs. <br><br> INDIANA UNIVERSITY HEALTH BLOOMINGTON, INC., d/b/a IU HEALTH BLOOMINGTON HOSPITAL and d/b/a IU HEALTH BLOOMINGTON HOSPITAL EMERGENCY MEDICAL TRANSPORT SERVICES, <br><br> Defendant. | Case No. 1:16-cv-0003-RLY-MJD |

## ORDER OF DISMISSAL

Plaintiff Prime Healthcare Services – Monroe, LLC, by counsel, and Defendant Indiana University Health Bloomington, Inc., by counsel, having stipulated to the dismissal of the above-captioned matter, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(B), the Court now approves the Stipulation.

IT IS THEREFORE ORDERED by this Court that the above-captioned case is hereby dismissed, with prejudice, with each party to bear its own costs.

SO ORDERED.

Date: __6/15/2018__

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

**Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.**